## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| MELINDA LITSINGER and <br> JAMES LITSNGER, <br><br>       Plaintiffs, <br><br> v. <br><br> FOREST RIVER, INC. and <br> SIRPILLA RV CENTERS, LLC d/b/a <br> CAMPING WORLD RV SALES, <br><br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 3:18-cv-00613 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### SIRPILLA RV CENTERS, LLC'S MOTION FOR SUMMARY JUDGMENT

Defendant, Sirpilla RV Centers, LLC ("Sirpilla"), by counsel, in accordance with Fed. R. Civ. P. 56, respectfully moves the Court to enter summary judgment in its favor and against Plaintiffs, Melinda and James Litsinger ("Plaintiffs") on their Complaint and Jury Demand ("Complaint"). In support of this Motion, Sirpilla states:

1. On June 16, 2017, Melinda and James Litsinger purchased a recreational vehicle manufactured by Forest River, Inc. and sold by Sirpilla.

2. In Plaintiffs' Complaint, Plaintiffs assert two claims against Sirpilla: (1) breach of warranty and/or contract; (2) Violation of Ohio Consumer Sales Practices Act.

3. There are no genuine issues of material fact, and therefore, Sirpilla is entitled to judgment in its favor as a matter of law on Plaintiffs' Complaint.

4. A Brief in support of this Motion, and Designation of Evidence (with Exhibits "A" through "E"), is being filed simultaneously herewith.

WHEREFORE, Defendant, Sirpilla RV Centers, LLC, by counsel, respectfully requests that the Court enter summary judgment in its favor and against Plaintiffs, Melinda and James Litsinger, on their Complaint and Jury Demand.

*/s/ Katlyn Foust Hunneshagen*
Georgianne M. Walker (23182-71)
Katlyn Foust Hunneshagen (32593-75)
Attorneys for Defendants

**MAY • OBERFELL • LORBER**
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: (574) 243-4100
Facsimile: (574) 232-9789

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I filed and emailed the foregoing to Ronald L. Burdge (ron@burdgelaw.com), Elizabeth Wells (beth@burdgelaw.com), and Scarlett Steuart (Scarlett@burdgelaw.com) .

*/s/ Katlyn Foust Hunneshagen*
Katlyn Foust Hunneshagen