UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MELINDA LITSINGER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FOREST RIVER, INC., *et al.*, <br><br> Defendants. | CAUSE NO. 3:18-CV-613 DRL-MGG |

ORDER

The magistrate judge recommended denying Melinda and James Litsinger's amended motion for sanctions against Sirpilla RV Centers, LLC; the Litsingers' amended motion for sanctions against Forest River, Inc.; and Forest River and Sirpilla's joint motion to strike portions of the Litsingers' reply brief or in the alternative a request for surreply. Neither side objected to the recommendation within the allotted period. *See* Fed. R. Civ. P. 72(b).

Accordingly, the court ADOPTS the magistrate judge's report and recommendation (ECF 97), DENIES the Litsingers' amended motion for sanctions against Sirpilla (ECF 49), DENIES the Litsingers' amended motion for sanctions against Forest River (ECF 52), and DENIES Forest River and Sirpilla's joint motion to strike portions of the Litsingers' reply brief or in the alternative a request for surreply (ECF 61).

SO ORDERED.

March 8, 2021                                                           *s/ Damon R. Leichty*
                                                                                    Judge, United States District Court